LILLIAN J. MASTERSON, as Administratrix of the Estate of JOHN J. MASTERSON, Deceased, Respondent, *v.* MELVIN SOLOMON, Appellant.

Argued October 20, 1949; decided November 23, 1949.

546

*John E. Morris, Jr.,* and *Thomas A. Clarke* for appellant.

*Robert McGowan Smith* and *Irving Michael Atkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.